UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,

v.                                                                              3:09cv323-WS/EMT

EUNICE G. CROSBY, et al.,

        Defendants.

_____

## ORDER ADOPTING THE MAGISTRATE JUDGE'S
## REPORT AND RECOMMENDATION

        Before the court is the magistrate judge's amended report and recommendation. Doc. 30.  The magistrate judge recommends that summary judgment be entered in favor of the United States of America.  No objections to the report and recommendation have been filed.

        The court having reviewed the magistrate judge's amended report and recommendation, it is ORDERED:

        1.  The magistrate judge's report and recommendation (doc. 30) is ADOPTED and incorporated by reference into this order.

        2.  The United States of America's motion for summary judgment (doc. 20) is GRANTED.

        3.  The clerk shall enter summary judgment of foreclosure in favor of the United

States of America against Beverly W. Davis Hayslip, Pam C. Phillips, and Paige Jobe,

heirs at law of Eunice Goodwin Crosby, deceased, and the unknown or unnamed heirs,

devisees, grantees, assignees, lienors, creditors, trustees, or other claimants claiming

by, through, under, or against Eunice Goodwin Crosby, deceased.

    4.  Within ten (10) days after the date this order is entered on the docket, the

Estate of Eunice Goodwin Crosby, deceased, shall pay to the United States of America

the sums of money found to be due the United States on the note and mortgage as set

forth below:

| | |
|---|---|
| Unpaid principal | $82,247.36 |
| Unpaid interest to November 17, 2009 | 29,272.22 |
| MIP (Mortgage Insurance Premium) | 5,518.90 |
| Service Fee | 2,430.00 |

TOTAL AMOUNT DUE (as of Nov. 17, 2009)  $119,468.48
(plus interest at the daily accrual rate of 1.97% per annum or the per diem
rate of $8.04 from November 17, 2009, to the date of entry of the order of
the District Judge on this Report and Recommendation; interest accrues
thereafter at the annual rate provided for in 28 U.S.C. § 1961).

    5.  If the Estate of Eunice Goodwin Crosby, deceased, fails to pay said sums

within the ten (10) day period, then, under the applicable laws and rules of this court,

the United States Marshal shall be appointed sales officer and ordered and directed to

sell the following described mortgaged property, situated, lying and being in Escambia

County, Florida, to wit:

Lot 14, Block 7, Section 10, Township 1 South, Range 30 West, less the
South 100 feet of the North 136.50 feet of the East 200 fee of Lot 14,
Block 7, Section 10,Township 1 South, Range 30 West, Escambia County,
Florida, also less road right-of-way and drainage easement of record,
according to map of said Section by National Land Sales Company,

appearing of record at page 369 of Deed Book 89 of the Public Records of Escambia County, Florida.

5. The United States Marshal shall advertise the sale of the subject real property in accordance with 28 U.S.C. §§ 2001 and 2002, after giving proper notice, and shall conduct a sale of the property at the front door of the Escambia County Courthouse at Pensacola, Florida.

6. Upon the sale being made of the property and confirmed by this court, Defendants and all persons claiming under or against them since the filing of the Notice of Lis Pendens shall be foreclosed of all estate or claim in the property and the purchaser at the sale shall be let into possession of the property.

7. The United States shall be authorized to bid at the sale and any bid made by the United States shall be credited against the indebtedness due the United States. If the United States is the successful bidder for an amount less than the amount due hereunder, then the United States may pay costs of court and expenses due hereunder, and it shall not be necessary for the United States to pay over any money other than the costs of this suit.

8. Upon sale being made, and if there are no objections to the sale within ten (10) days, then the Marshal shall make a report and accounting of the proceeds realized from the sale, if any, and the bidder or bidders at such sale, and shall report the amount of the sale for confirmation. Upon the sale being made, the Marshal shall retain the proceeds thereof until confirmation and order of disbursement is made.

9. The court reserves jurisdiction to make such further orders as may be appropriate, including, but not limited to: an order for the issuance of a writ of assistance

should repossession of the subject real property be contested; an order for the taxation

of all costs; and an appropriate order of disbursement should there be a surplus upon

the sale of the subject real property.

DONE AND ORDERED this _____13th_____ day of _____April_____, 2010.


s/ William Stafford_____
WILLIAM STAFFORD
SENIOR UNITED STATES DISTRICT JUDGE